

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00707-CV

**JUBILEE ACADEMIC CENTER, INC.**,
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC**, d/b/a Athlos Academies,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellee is awarded costs that appellee incurred related to this appeal.

SIGNED March 18, 2020.

_____
Luz Elena D. Chapa, Justice